B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**
**District of Massachusetts**

IN RE:                                                                                          Case No. 14-13242
Bridgeforth, Robyn M.
                                                                                                 Chapter 7
_____
Debtor(s)

Amended **CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** Finance Center FCU | **Describe Property Securing Debt:** 2008 Jeep Liberty |
| Property will be *(check one)*: ☒ Surrendered ☐ Retained | |
| If retaining the property, I intend to *(check at least one)*: ☐ Redeem the property ☐ Reaffirm the debt ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)). | |
| Property is *(check one)*: ☐ Claimed as exempt ☒ Not claimed as exempt | |

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| Property will be *(check one)*: ☐ Surrendered ☐ Retained | |
| If retaining the property, I intend to *(check at least one)*: ☐ Redeem the property ☐ Reaffirm the debt ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)). | |
| Property is *(check one)*: ☐ Claimed as exempt ☐ Not claimed as exempt | |

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** Uhaul Moving And Storage | **Describe Leased Property:** Storage facility that has some of debtor's clothes, personalty a | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☒ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |

____ continuation sheets attached *(if any)*

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: **October 14, 2014**          **/s/ Robyn M. Bridgeforth**
                                                        Signature of Debtor

                                                        _____
                                                        Signature of Joint Debtor

## VERIFICATION

Pursuant to Fed R. Bankr. P. 1008 and in accordance with 28 USC section 1746, I, Robyn Bridgeforth do hereby certify under the pains and penalties of perjury that the foregoing "Amended Chapter 7 Individual Debtor's Statement of Intention" is true and accurate.

Signed this 14th day of October, 2014.

/s/ Robyn Bridgeforth